**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | February 25, 2013 | Probation: | Patrick Lynch |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Mary George | | |

Criminal Case No:  **11-cr-00362-WYD**        Counsel:

UNITED STATES OF AMERICA,                    Tim R. Neff

      Plaintiff,

v.

**4.  JIMMY HUTCHINSON**,                    Philip L. Dubois

      Defendant.

**SENTENCING**

**11:07 a.m.**     Court in Session - Defendant present (on-bond)

> **Change of Plea Hearing - Thursday, October 24, 2013, at 2:00 p.m.
> Plea of Guilty - count six of Indictment.**

    APPEARANCES OF COUNSEL.

    Court's opening remarks.

11:07 a.m.     Statement and argument on behalf of Defendant (Mr. Dubois).

11:11 a.m.     Statement and argument on behalf of Government (Mr. Neff).

11:16 a.m.     Statement and argument on behalf of Defendant (Mr. Dubois).

11:16 a.m.     Statement and argument on behalf of Government (Mr. Neff).

| | |
|---|---|
| 11:19 a.m. | Statement and argument on behalf of Defendant (Mr. Dubois). |
| 11:40 a.m. | Statement and argument on behalf of Government (Mr. Neff). |
| 11:47 a.m. | Statement on behalf of Probation (Mr. Lynch). |
| 11:48 a.m. | Statement on behalf of Defendant (Mr. Dubois). |
| 11:49 a.m. | Statement by Defendant on his own behalf (Mr. Hutchinson). |
| | Court makes findings. |
| **ORDERED:** | Defendant Jimmy Hutchinson's Motion to Supplement [ECF Doc. No. 306], filed February 24, 2014, is **GRANTED.** |
| **ORDERED:** | Government's Motion for Sentencing Reduction for Defendant Jimmy Hutchinson Pursuant to U.S.S.G. § 5K1.1 and Sentencing Recommendation [ECF Doc. No. 293], filed February 11, 2014, is **GRANTED.** |
| **ORDERED:** | Defendant Jimmy Hutchinson's Motion for a Variance [ECF Doc. No. 296], filed February 17, 2014, is **GRANTED.** |
| **ORDERED:** | Defendant be **imprisoned** for **14** months. |
| **ORDERED:** | Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years. |
| **ORDERED:** | **Conditions** of **Supervised Release** are: |

- (X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

- (X) Defendant shall not commit another federal, state or local crime.

- (X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

- (X) Defendant shall comply with standard conditions adopted by the Court.

- (X) If the judgment in this case imposes a fine or restitution obligation, it shall be a condition of supervised release that the Defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the schedule of payments set forth in the judgment.

(X)     Defendant shall not unlawfully possess a controlled substance.

(X)     The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

(X)     The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:**   **Special Condition(s)** of **Supervised Release** are:

(X)     The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.

(X)     As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.

**ORDERED:**   The defendant shall pay a special assessment of **$100.00.**

**ORDERED:**   The defendant shall make restitution in the total amount of $780,773.00 to the victims and in the amounts indicated in the Loss and Restitution Chart, Attachment #1 to the Plea Agreement [ECF Doc. No. 251].

Restitution is ordered jointly and severally with the following defendants:

| Name | Case Number | Amount |
| --- | --- | --- |
| Vincent Jackson | 11-cr-00362-WYD-05 | $468,580.00 |

Each victim shall receive an approximately proportional payment based on the victim's share of the total loss.  ***The Court finds that the defendant does not have the ability to pay interest and will waive the interest requirement for restitution.***

**ORDERED:**   The Court finds that the defendant does not have the ability to pay a fine, so the Court will waive the fine in this case.

**ORDERED**    Payment of the monetary obligations shall be due as follows:
The special assessment and restitution obligation are due immediately. Any unpaid restitution balance upon release from incarceration shall be paid in monthly installments during the term of supervised release. The monthly installment payment will be calculated as at least 10 percent of defendant's gross monthly wages.

**ORDERED:**    That the defendant, **Jimmy Hutchinson**, surrender at the institution designated by the Bureau of Prisons **before noon within 15 days from the date of designation.**

**ORDERED:**    Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within fourteen (14) days. Defendant advised of right to appeal in forma pauperis.

**ORDERED:**    Government's Motion to Dismiss Remaining Counts of the Indictment as to Defendant Jimmy Hutchinson [ECF Doc. No. 292], filed February 11, 2014, is **GRANTED.**

Order to Dismiss the Remaining Counts of the Indictment as to Defendant Jimmy Hutchinson is **APPROVED BY THE COURT.**

The court finds that defendant **is not** likely to flee or be a danger to self or others and it is **ORDERED**: **BOND CONTINUED.**

**12:09 p.m.**    Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:   1:02**