UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Criminal Case No.  11-cr-00362-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.  JIMMY HUTCHINSON,

    Defendant.

## ORDER FOR RETURN OF PASSPORT

THIS MATTER is before the Court on Defendant Jimmy Hutchinson's Unopposed Motion for Return of Passport filed July 21, 2015.  The Court, having reviewed the motion and finding good cause therefor,

ORDERED that Defendant Jimmy Hutchinson's Unopposed Motion for Return of Passport [ECF No. 451], filed July 21, 2015, is **GRANTED.**  Pretrial Services shall return the passport to Defendant Jimmy Hutchinson.

Dated:  August 10, 2015.

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Senior United States District Judge